LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

KATHRYN B. FONSECA,          )   No: 5:22-cv-02090-SP
    Plaintiff,                )
                              )   <u>ORDER AWARDING EAJA FEE</u>
    v.                        )
                              )
MARTIN J. O'MALLEY, Commissioner of )
Social Security,              )
    Defendant.                )
                              )

    Based upon the parties' Stipulation for Award of EAJA Fees (docket no. 28) ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND NINE HUNDRED DOLLARS AND NO/100 ($5,900.00) and zero costs ($0.00), subject to the terms of the Stipulation.

DATE: June 5, 2024     _____
                            HON. SHERI PYM
                            UNITED STATES MAGISTRATE JUDGE